FORMER EMPLOYEES OF AGIP PETROLEUM, PLAINTIFFS *v.* ROBERT B. REICH, U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 94–01–00025

(Dated March 8, 1995)

## ORDER OF DISMISSAL

MUSGRAVE, *Judge:* Pursuant to plaintiffs' comment on the Department of Labor's remand determination, plaintiffs have informed the

Court that they are satisfied with the Department of Labor's redetermination. Therefore, this case, having been voluntarily noticed for dismissal by plaintiffs, it is hereby

ORDERED that this action is dismissed under Rule 41(a)(2) of the Rules of this Court.